SEYFARTH SHAW LLP
Kurt A. Kappes (SBN 146384)
Robert Milligan (SBN 217438)
Kristina M. Launey (SBN 221335)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

REINHART BOERNER VAN DEUREN
Allen C. Schlinsog, Jr. *(Pro Hac Vice Application pending)*
Nora E. Gierke *(Pro Hac Vice Application pending)*
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone:  (414) 298-1000
Facsimile:  (414) 298-8097

Attorneys for Defendant
JOHNSON OUTDOORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNCAT LEISURE CRAFT, INC., and SUB SEA SYSTEMS, INC. <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>JOHNSON OUTDOORS, INC., and DOES 1-20, inclusive <br><br>　　　　Defendants. | Case No. 2:06-CV-00533-GEB-GGH <br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT; PROPOSED [ORDER]** |

　　　　WHEREAS, Plaintiffs FunCat Leisure Craft, Inc. and Sub Sea Systems, Inc. ("Plaintiffs") filed an amended complaint in this action on April 11, 2006 and Defendant Johnson Outdoors, Inc.'s ("Defendant") response is due Friday, April 28, 2006;

　　　　WHEREAS, Defendant seeks a first extension of time to provide a response to Plaintiffs' amended complaint;

　　　　IT IS HEREBY STIPULATED by Defendant and Plaintiffs, by and through their counsel, that Defendant shall have until May 5, 2006 to file and serve a response to Plaintiffs' first amended complaint.

　　　　The parties request that the Court enter the proposed order attached hereto.

SC1 17071118.2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: April 27, 2006 | MENNEMEIER, GLASSMAN & STOUD LLP |
| | By_____<br>    Andrew Stroud<br>Attorneys for Plaintiffs<br>FUNCAT LEISURE CRAFT, INC. AND SUBSEA SYSTEMS, INC. |
| DATED: April 27, 2006 | SEYFARTH SHAW LLP |
| | By_____<br>    Robert Milligan<br>Attorneys for Defendant<br>JOHNSON OUTDOORS, INC. |

Defendant Johnson Outdoors, Inc. shall file and serve its response to Plaintiffs FunCat Leisure Craft, Inc. and Sub Sea Systems, Inc.'s first amended complaint by May 5, 2006.

IT SO ORDERED

DATED: May 10, 2006

                             /s/ Garland E. Burrell, Jr._____

**GARLAND E. BURRELL, JR.**
United States District Judge

-2-

SC1 17071118.2

PDF created with pdfFactory trial version www.pdffactory.com