IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FUNCAT LEISURE CRAFT, INC., and   )
SUB SEA SYSTEMS, INC.,            )
                                  )    2:06-cv-0533-GEB-GGH
               Plaintiffs,        )
                                  )
       v.                         )
                                  )    ORDER
JOHNSON OUTDOORS, INC.,           )
                                  )
               Defendant.         )
_____)
```

Plaintiffs move in an ex parte application for a modification of the Rule 16 deadline for expert disclosures. This application does not sufficiently provide justification for disregarding the prescribed manner for handling law and motion matters. Therefore, the application is denied.

IT IS SO ORDERED.

Dated: November 17, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1