IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FUNCAT LEISURE CRAFT, INC., et al.,

    Plaintiffs,                                CIV. NO. S-06-0533 GEB GGH

    vs.

JOHNSON OUTDOORS, INC.,

    Defendant.                             <u>ORDER</u>

_____/

        In connection with this court's order of January 29, 2007, granting plaintiffs' motion to compel, IT IS ORDERED that: Defendants shall have twenty days to respond to plaintiffs' December 4, 2006, motion to compel discovery, unless otherwise stipulated by the parties.

DATED: 2/5/07                                /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH:076/Funcat0533.sup.wpd

1