1  MENNEMEIER, GLASSMAN & STROUD LLP
   ANDREW W. STROUD (SBN 126475)
2  STEPHEN LAU (SBN 221051)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814
   Telephone:  (916) 553-4000
4  Facsimile:  (916) 553-4011

5
   Attorneys for Plaintiffs FunCat Leisure Craft, Inc.
6  and Sub Sea Systems, Inc.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 FUNCAT LEISURE CRAFT, INC., and  ) CASE No.: 2:06-CV-00533-GEB-GGH
   SUB SEA SYSTEMS, INC.,           )
12                                  ) **STIPULATION TO MODIFY PRETRIAL**
                 Plaintiffs,        ) **SCHEDULING ORDER AS TO DATES FOR**
13 v.                               ) **EXPERT DISCLOSURE ONLY; ORDER**
                                    ) **THEREON**
14 JOHNSON OUTDOORS INC.,           )
                                    ) **[RULE 16(b)]**
15               Defendant.         )
                                    )
16 _____)

17         The parties hereto, by and through their counsel of record, do hereby stipulate to an

18 extension of time for expert witness initial and rebuttal disclosure, and a short extension of time for

19 discovery responses.  Based upon the following facts, the parties submit that good cause exists for

20 such an extension and hereby seek leave of court to modify the pretrial scheduling dates

21 accordingly:

22         On or about June 6, 2006, this Court issued its initial Status (Pretrial Scheduling)

23 Order and Plaintiffs initiated their discovery thereafter;

24         On or about February 28, 2007, this Court issued its Order granting Plaintiffs'

25 motion to compel and extending the Pretrial Scheduling dates by six months, and on or about March

26 5, 2007, this Court issued its Order denying Defendant's motion for reconsideration of the February

27 28, 2007 Order;

28 / / /

1    Under the February 28, 2007 Order, each party was required to comply with Federal Rule of
2    Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before
3    May 17, 2007 and to provide rebuttal disclosures authorized by Rule 26 by on or before June 18,
4    2007;

5    Defendant has been complying in good faith with the February 28, 2007 Order by producing
6    a substantial amount of documents to Plaintiffs (approximately 23,000 pages, including a
7    supplemental production on May 4, 2007);

8    Plaintiffs have been reviewing the documents diligently and in good faith, but have not had
9    an opportunity to complete their review of all the documents to provide to their experts;

10   Plaintiffs have requested a short extension of time to disclose experts so as to allow them to
11   complete their document review and finish working with their experts;

12   Also, on or about April 16, 2007, Defendant served Plaintiffs' counsel with interrogatories
13   and a request for production of documents, the responses to which are due May 17, 2007.  Plaintiffs
14   have been working diligently to respond to such discovery but need additional time to fully respond;

15   Also, on or about April 13, 2007, Defendant served Plaintiffs' counsel with notices of
16   deposition for Plaintiffs' witnesses, Richard Barker, Michael Stafford and James Mayfield, setting
17   the depositions on May 23, 24 and 25, 2007, respectively.  Defendant also inquired about scheduling
18   Plaintiffs' expert depositions the week of June 4, 2007 for efficiency and economy;

19   Plaintiffs' counsel notified counsel for Defendants that Messrs. Barker and Stafford were not
20   available for depositions from May 23-31, 2007 due to prepaid vacations and other commitments
21   and that Plaintiffs' counsel was unavailable the week of June 4, 2007 due to scheduling conflicts.
22   Plaintiffs' counsel also advised that Mr. Barker is a resident of Canada and was not in the United
23   States until June, 2007;

24   To resolve these conflicts and allow the percipient and expert depositions to occur
25   efficiently, the parties have agreed that an extension of time is appropriate extending the due date
26   for Plaintiffs' responses to Defendants' outstanding discovery; permitting Defendants' to take the
27   Plaintiffs' depositions on three (3) consecutive days, and allowing both parties additional time to
28   produce expert disclosures and rebuttal reports in a manner that will not disturb the other deadlines

1  set forth in the Court's February 28, 2007 Order. Specifically, Plaintiffs' counsel has agreed to
2  produce Messrs. Barker, Stafford and Mayfield for their depositions on June 12, 13, and 14, 2007,
3  respectively, in Sacramento, California and to produce their (as yet unidentified) expert witnesses
4  for depositions between June 25 - 27, 2007.

5        Defendants are amenable to extending Plaintiffs' time to respond to the outstanding
6  discovery by one week, until May 24, 2007, or by two weeks, until May 31, 2007, if this stipulation
7  is granted;

8        Defendants are amenable to extending both parties time to issue initial and rebuttal expert
9  disclosures and reports to allow for the efficient scheduling and taking of depositions, both
10 percipient and expert, if this stipulation is granted;

11       NOW, THEREFORE, the parties do hereby stipulate and agree as follows, if this stipulation
12 is granted:

13       A.    The date for each party to comply with Federal Rule of Civil Procedure 26(a)(2)'s
14 initial expert witness disclosure and report requirements is hereby extended from May 17, 2007 to
15 May 31, 2007;

16       B.    The date for Plaintiff to respond to the interrogatories and request for production of
17 documents (Set One) propounded by defendant on April 16, 2007, is extended from May 17, 2007
18 to May 31, 2007;

19       C.    The date for each party to comply with the rebuttal expert disclosures authorized
20 under Rule 26 is extended from June 18, 2007 to July 16, 2007;

21       D.    All other pre-trial scheduling dates established by the Court shall remain in full force
22 and effect.

23

24 Dated: May 11, 2007        MENNEMEIER, GLASSMAN & STROUD LLP

25

26       By: /s/ Andrew W. Stroud
          Andrew W. Stroud
27       Attorneys for Plaintiffs FUNCAT LEISURE CRAFT,
      INC. and SUB SEA SYSTEMS, INC.
28

1  Dated: May 11, 2007				GREENBERG TRAURIG, LLP

2

3						By:  /s/ Kathleen E. Finnerty
						      Kathleen E. Finnerty
4						Attorneys for Defendant JOHNSON OUTDOORS INC.
						(As authorized by counsel on May 11, 2007)
5

6  Dated: May 11, 2007				REINHART BOERNER VAN DEUREN s.c.

7

8						By:  /s/ NORA E. GIERKE
						      Nora E. Gierke
9						Attorneys for Defendant Johnson Outdoors Inc.
						(As authorized by counsel on May 11, 2007)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Upon the parties' agreement and stipulation and good cause appearing therefore, the Court orders as follows:

1. The date for each party to comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements is hereby extended from May 17, 2007 to May 31, 2007;

2. The date for each party to comply with the rebuttal expert disclosures authorized under Rule 26 is extended from June 18, 2007 to July 16, 2007;

3. All other pre-trial scheduling dates established by the Court shall remain in full force and effect.

IT IS SO ORDERED.

Dated: May 15, 2007

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```