IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FUNCAT LEISURE CRAFT, INC. ET AL., )
                                   )   2:06-cv-0533-GEB-GGH
            Plaintiffs,            )
                                   )
      v.                           )   ORDER RE: SETTLEMENT
                                   )   AND DISPOSITION
JOHNSON OUTDOORS, INC.,            )
                                   )
            Defendant.             )
_____)

On September 25, 2007, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than October 15, 2007. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

September 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1